**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Coby Renninger aka Coby L. Renninger<br>Anita Renninger aka Anita Louise Renninger<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 16-17168 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 and index same on the master mailing list.

Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
14 Dec 2020, 16:25:21, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322