United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-17168-elf |
| Coby Renninger | Chapter 13 |
| Anita Renninger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 27, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Coby Renninger, Anita Renninger, 809 New Street, Akron, PA 17501-1324 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13805615 | *+ | Anita Renninger, 809 New Street, Akron, PA 17501-1324 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 29, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:

**Name**    **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 cwohlrab@raslg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3  Mortgage-Backed Notes, Series 2013-3 bkgroup@kmllawgroup.com

JOHN L. MCCLAIN
    on behalf of Debtor Coby Renninger aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2021 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Joint Debtor Anita Renninger aaamcclain@aol.com edpabankcourt@aol.com

KEVIN M. BUTTERY
        on behalf of Creditor Madison Revolving Trust 2017 cdigianantonio@rascrane.com

KEVIN S. FRANKEL
        on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3  Mortgage-Backed Notes, Series 2013-3 pa-bk@logs.com

REBECCA ANN SOLARZ
        on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 bkgroup@kmllawgroup.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
        ecfemails@ph13trustee.com philaecf@gmail.com


TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Anita Renninger aka Anita Louise Renninger<br>         Coby Renninger aka Coby L. Renninger<br>                         Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1<br>                         Movant<br>          vs. | NO. 16-17168 ELF |
| Anita Renninger aka Anita Louise Renninger<br>Coby Renninger aka Coby L. Renninger<br>                         Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>                         Trustee | |

## ORDER

AND NOW, this 27th day of January, 2020, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and that the automatic stay under 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 (as applicable) of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 809 New Street Akron PA, 17501, so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE