**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Renninger, Coby | |
| Renninger, Anita | |
| Debtor(s) | : 16-17168 ELF |
| : | |

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 4th day of March, 2021, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Fritz Protection Co. Inc to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE  ERIC L. FRANK

Fritz Protection Co. Inc
2927 Canby St.
Harrisburg, PA 17103


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Renninger, Coby
Renninger, Anita
809 New Street
Akron, PA 17501


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


Ebenezer Groceries
108F N Readng Road