United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-17168-elf |
| Coby Renninger | Chapter 13 |
| Anita Renninger | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Coby Renninger, Anita Renninger, 809 New Street, Akron, PA 17501-1324 |
| | + | Fritz Protection Co. Inc, 2927 Canby St, Harrisburg, PA 17103-2147 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | |
| | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 cwohlrab@raslg.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3  Mortgage-Backed Notes, Series 2013-3 bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | |
| | on behalf of Debtor Coby Renninger aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | |
| | on behalf of Joint Debtor Anita Renninger aaamcclain@aol.com  edpabankcourt@aol.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Mar 04, 2021 Form ID: pdf900 Total Noticed: 2

KEVIN M. BUTTERY
    on behalf of Creditor Madison Revolving Trust 2017 cdigianantonio@rascrane.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3  Mortgage-Backed Notes, Series 2013-3 pa-bk@logs.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          : Chapter 13
    Renninger, Coby
    Renninger, Anita
        Debtor(s)                                    : 16-17168 ELF

:

## ORDER TERMINATING WAGE ORDER

**AND NOW,** this 4th day of March, 2021, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Fritz Protection Co. Inc to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE   ERIC L. FRANK


Fritz Protection Co. Inc
2927 Canby St.
Harrisburg, PA 17103


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Renninger, Coby
Renninger, Anita
809 New Street
Akron, PA 17501


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


Ebenezer Groceries
108F N Readng Road