# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17168-ELF

COBY RENNINGER
ANITA RENNINGER
809 NEW STREET

AKRON, PA 17501

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    COBY RENNINGER
    ANITA RENNINGER
    809 NEW STREET

    AKRON, PA 17501

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 6/14/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee