**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>COBY RENNINGER<br>ANITA RENNINGER | Chapter 13 |
| Debtor | Bankruptcy No. 16-17168-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: July 20, 2021

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
COBY RENNINGER
ANITA RENNINGER
809 NEW STREET

AKRON, PA 17501